CRAIG M. RANKIN (SBN 169844)
DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession, DAKS, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(SANTA ANA DIVISION)**

| | |
|---|---|
| In re | Case No. 8-07-12044-ES |
| DAKS, LLC,<br>a California limited<br>liability company, | Chapter 11 Case |
| | DEBTOR'S SUBMISSION OF: |
| | 1. EXHIBIT "A" TO PETITION; |
| | 2. CORPORATE RESOLUTION; |
| Debtor and Debtor in<br>Possession. | 3. SUMMARY OF SCHEDULES; |
| | 4. SCHEDULES A, B, D, E, F, G<br>AND H; |
| | 5. DECLARATION CONCERNING<br>DEBTOR'S SCHEDULES; |
| | 6. STATEMENT OF FINANCIAL<br>AFFAIRS; |
| | 7. DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR; |
| | 8. AMENDED LIST OF CREDITORS<br>HOLDING 20 LARGEST UNSECURED<br>CLAIMS; |
| | 9. LIST OF EQUITY SECURITY<br>HOLDERS; |
| | 10. VENUE DISCLOSURE FORM; |
| | 11. AMENDED VERIFICATION OF<br>CREDITOR MAILING LIST; |
| | 12. CORPORATE OWNERSHIP<br>STATEMENT |

**COMES NOW** DAKS, LLC a California limited liability corporation, Chapter 11 debtor and debtor in possession herein

(the "Debtor"), and files its (1) Exhibit "A" to Petition; (2) Corporate Resolution; (3) Summary of Schedules; (4) Schedules A, B, D, E, F, G and H; (5) Declaration Concerning Debtor's Schedules; (6) Statement of Financial Affairs; (7) Disclosure of Compensation of Attorney for Debtor; (8) Amended List of Creditors Holding 20 Largest Unsecured Claims; (9) List of Equity Security Holders; (10) Venue Disclosure Form; (11) Amended Verification of Creditor Mailing List; and (12) Corporate Ownership Statement.

Dated:  August 8, 2007

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

By: _____
CRAIG M. RANKIN
DANIEL H. REISS
Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re    **DAKS, LLC**

_____

                                    Debtor

Case No.   **8:07-bk-12044-ES**  _____

Chapter _____   **11** _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on
   _____.

|   |   | Approximate number of holders |
|---|---|---|
| a. Total assets | $          **0.00** | |
| b. Total debts (including debts listed in 2.c.,below) | $          **0.00** | |
| c. Debt securities held by more than 500 holders. | | |
| secured / /    unsecured / /    subordinated / / | $          **0.00** | **0** |
| secured / /    unsecured / /    subordinated / / | $          **0.00** | **0** |
| secured / /    unsecured / /    subordinated / / | $          **0.00** | **0** |
| secured / /    unsecured / /    subordinated / / | $          **0.00** | **0** |
| secured / /    unsecured / /    subordinated / / | $          **0.00** | **0** |
| d. Number of shares of preferred stock | **0** | **0** |
| e. Number of shares of common stock | **0** | **0** |

   Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## RESOLUTION OF DAKS, LLC
## AUTHORIZING FILING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Members of DAKS, LLC, a California Limited Liability Company (the "Company"), held on July 6, 2007, the following resolutions were duly enacted by a unanimous vote of the Members, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code, a form of which was executed by Arnold H. Simon ("Simon") on or about June 29, 2007, shall be filed by the Company with the United States Bankruptcy Court, Central District of California, on July 9, 2007 or the first date possible thereafter.

> FURTHER RESOLVED, that Simon is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case on July 9, 2007 or the first date possible thereafter.

> FURTHER RESOLVED, that Simon is hereby authorized and directed on behalf of and in the name of the Company to execute and file all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which he deems necessary and proper in connection with such bankruptcy case and to retain and employ legal counsel and any other professional which he deems necessary and proper.

FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

FURTHER RESOLVED, that the Company is authorized to borrow up to a total of $100,000 from Simon for purposes of retaining LNBRB to file the Chapter 11 case.

FURTHER RESOLVED, that Simon is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement between the Company and LNBRB which provides for, among other things, the payment by the Company of up to a $100,000 pre-petition retainer to LNBRB, and Simon is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBRB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  July __, 2007

DAKS, LLC, a California Limited Liability Company

_____
Arnold H. Simon, Managing Member

ARNOLD H. SIMON

_____
Arnold H. Simon, managing member

SCOTT SIMON

_____
Scott Simon, member

2

DAVID SIMON

_____
David Simon, member

ADAM SIMON


_____
Adam Simon, member

DAVID SIMON

_____
David Simon, member

ADAM SIMON

_____
Adam Simon, member

Form 6-Summary (10/06)

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re     **DAKS, LLC**                                          Case No. __8:07-bk-12044-ES__

                                        Debtor

                                                        Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 31,000,000.00 | | |
| B - Personal Property | Yes | 4 | 1,840.23 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,875,404.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 173,276.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 3,016,152.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 31,001,840.23 | | |
| Total Liabilities | | | | 9,064,832.39 | |

Form B6A
(10/05)

In re   **DAKS, LLC**                                                    Case No.   **8:07-bk-12044-ES**
_____                          _____
                              Debtor

## SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family residence located at 18 Harbor Island, Newport Beach, CA 92660 APN 050-230-42** | **Fee Simple** | - | **31,000,000.00** (est.) | **5,875,404.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **31,000,000.00** | (Total of this page) |
| Total > | **31,000,000.00** |  |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **DAKS, LLC**                                                                    Case No.  **8:07-bk-12044-ES**

Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account at HSBC # 612-72149-3** | - | 1,840.23 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  Sub-Total > | **1,840.23** |
|---|---|
| (Total of this page) | |

**3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6B
(10/05)

In re    **DAKS, LLC**                                                                 Case No.  **8:07-bk-12044-ES**
                                                                                                              _____
                                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivable for the reasonable rental value of 18 Harbor Island property owed by Debra Simon for over three years.** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

In re   **DAKS, LLC**                                                                    Case No. __**8:07-bk-12044-ES**__

_____,
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims relating to monies transferred to Debra Simon by order of the Orange County Superior Court entered on July 21, 2006 in the case entitled In re Marriage of Simon, Case No. 04D000159 in 2006 from the sale of certain real property.** | - | **Unknown** |
| | | **Cross-Complaint in the case of Rocker v. Simon, Orange County Superior Court Case No. 05CC01936.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **DAKS, LLC**                                                    Case No.   **8:07-bk-12044-ES**

Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | **1,840.23** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6D (10/06)

In re   **DAKS, LLC**                                                      Case No.  **8:07-bk-12044-ES**
                                            _____
                                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **49353416** | | | | **Loan - June, 2001, First Deed of Trust** | | | | | |
| **First Federal Bank of California**<br>**402 Wilshire Boulevard**<br>**Santa Monica, CA 90401** | - | | | **Residential Property located at**<br>**18 Harbor Island**<br>**Newport Beach, CA 92660** | | | | (principal only) | |
| | | | | Value $   (est.)   31,000,000.00 | | | | 5,875,404.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal (Total of this page) | 5,875,404.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 5,875,404.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Official Form 6E (4/07)

In re    **DAKS, LLC**                                                    Case No. __8:07-bk-12044-ES__
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1**    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re    **DAKS, LLC**
_____
                    Debtor

Case No.    **8:07-bk-12044-ES**
_____

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **050-230-42.00** | | | | | **Property Taxes** | | | | | |
| **County of Orange Dept. of Treasurer & Tax Collector P.O. Box 1982 Santa Ana, CA 92702** | - | | | | | | X | X | | 0.00 |
| | | | | | | | | | 173,276.00 | 173,276.00 |
| Account No. | | | | | **For Notice Purposes Only** | | | | | |
| **Franchise Tax Board Special Procedures POB 2952 Sacramento, CA 95812** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | **For Notice Purposes Only** | | | | | |
| **Internal Revenue Service Insolvency I Stop 5022 300 N. Los Angeles St., #4062 Los Angeles, CA 90012-9903** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | | 173,276.00 | 0.00 173,276.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | | 173,276.00 | 0.00 173,276.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

Official Form 6F (10/06)

In re    **DAKS, LLC**                                                                Case No.   **8:07-bk-12044-ES**
                                                                    _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **HO 0002410035** | | | | Insurance | | | | |
| **American International Companies Private Client Group 70 Pine Street, 21st Floor New York, NY 10270** | | - | | | | | | Unknown |
| Account No. **HA55D-26-17** | | | | Real property lease | | | | |
| **County of Orange RDMD - Attn: Catherine Lapid 300 North Flower Street Santa Ana, CA 92702-4048** | | - | | | | | | 38,053.00 |
| Account No. | | | | Contract, tort litigation | | | | |
| **Rocker, Cynthia c/o Peter Hermes - Hermes & Glavin 1880 Century Park East, Suite 914 Los Angeles, CA 90067** | | - | | | X | X | X | Unknown |
| Account No. | | | | Loans, advances | | | | |
| **Simon, Arnold 525 Seventh Ave., Suite 307 New York, NY 10018** | | - | | | | | | 2,865,000.00 |

__1__   continuation sheets attached                                        Subtotal
                                                            (Total of this page)   **2,903,053.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:26717-070502   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **DAKS, LLC**                                                 Case No.   **8:07-bk-12044-ES**
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Unknown at this time. | | | | |
| Simon, Debra 18 Harbor Island Newport Beach, CA 92660 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | Legal services | | | | |
| Waldron & Olson, LLP 26 Corporate Plaza Drive Newport Beach, CA 92660 | | - | | | | | | |
| | | | | | | | | 113,099.39 |
| **Account No.** | | | | Contract litigation | | | | |
| YSA, LLC c/o Paul Gale - Ross, Dixon & Bell 5 Park Plaza, Suite 1200 Irvine, CA 92614-8592 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **113,099.39**

Total
(Report on Summary of Schedules)           **3,016,152.39**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6G
(10/05)

In re    **DAKS, LLC**                                                    Case No.  **8:07-bk-12044-ES**
_____,
                            Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **County of Orange**<br>**Environmental Management Agency**<br>**300 North Flower Street**<br>**Santa Ana, CA 92702-4048** | **Debtor has a leasehold interest in Parcel 3 of 18 Harbor Island, Newport Beach, CA 92680.** |
| **Debra A. Simon**<br>**18 Harbor Island**<br>**Newport Beach, CA 92660** | **July 21, 2006 stipulation between Debra A. Simon, Arnold H. Simon, and the Debtor in In re Marriage of Simon, Orange County Superior Court Case No. 04D000159.** |
| **Leroy L. Carver III**<br>**Pacific Farms USA, LP**<br>**P.O. Box 51505**<br>**Eugene, OR 97405** | **Right of First Refusal to purchase the 18 Harbor Island, Newport Beach, CA property.** |
| **YSA, LLC**<br>**c/o Paul Gale - Ross, Dixon & Bell**<br>**5 Park Plaza, Suite 1200**<br>**Irvine, CA 92614-8592** | **Residential Purchase Agreement and Joint Escrow Instructions dated January 14, 2004 and as later amended or modified.** |

\* Nothing herein shall be construed as an admission
  of the validity or enforceability of the contracts
  listed above.

**0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re   **DAKS, LLC**                                                    Case No.   **8:07-bk-12044-ES**
                                                      ,
                              Debtor

## SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wiseonsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arnold Simon**<br>**525 Seventh Avenue**<br>**Suite 307**<br>**New York, NY 10018**<br><br>**First Federal Bank alleges that Arnold Simon is a guarantor of certain debt that is secured by the real property at 18 Harbor Island, Newport Beach, California. Mr. Simon disputes this and asserts that he has no personal liability with respect to the Debtor's debt to First Federal Bank.**<br><br>**However, for purposes of disclosure and in an abundance of caution, Mr. Simon is listed herein as a co-debtor.** | **First Federal Bank of California**<br>**401 Wilshire Boulevard**<br>**Santa Monica, CA 90401**<br><br>**Nothing herein shall be construed to be an admission with respect to the enforceability or validity of any obligation of a co-debtor to a third party, all rights being hereby expressly reserved.** |

___**0**___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re   **DAKS, LLC**

Debtor(s)

Case No.   **8:07-bk-12044-ES**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 31, 2007**

Signature

**Arnold Simon**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re **DAKS, LLC** _____ Case No. **8:07-bk-12044-ES**

                                             Debtor(s)                  Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,125,000.00** | **Sale of Property - March 17, 2005**<br>**22832 Skyview Way**<br>**Laguna Niguel, CA 92677** |
| **$4,600,000.00** | **Sale of Property - August 15, 2006**<br>**255 East Saddle River Road**<br>**Saddle River, NJ 07458** |
| **$0.00** | **2007** |

**2. Income other than from employment or operation of business**

<table>
<tr><td>None</td><td>☐</td><td>State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the <b>two years</b> immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td></tr>
</table>

| AMOUNT | SOURCE |
|--------|--------|
| **$32.00** | **Interest income - 2005** |
| **$0.34** | **Interest income - 2006** |
| **$0.00** | **Interest income - 2007** |

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **First Federal Bank of California**<br>**401 Wilshire Boulevard**<br>**Santa Monica, CA 90401** | **April 11, 2007** | **$35,127.86** | **$5,875,404.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Arnold Simon**<br>**525 Seventh Avenue**<br>**Suite 307**<br>**New York, NY 10018**<br>  **Managing Member** | **July, 2006** | **$1,000,000.00** | **$0.00** |
| **Debra Simon ***<br>**18 Harbor Island**<br>**Newport Beach, CA 92660**<br>**Insider** | **July, 2006** | **$2,400,000.00** | **$0.00** |

```
* Nothing herein shall be construed as an admission as to the status of Debra Simon as a
  creditor within the meaning of 11 U.S.C. Section 101(10) or as an "insider" within the
  meaning of 11 U.S.C. Section 101(31). However, the Debtor is informed that Debra Simon
  may claim an ownership interest in the Debtor.
```

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rocker v. Simon; Daks 05CC01936** | **Contract, tort** | **Superior Court of the State of California For the County of Orange 700 Civic Center Drive West Central Justice Center Santa Ana, CA 92702** | **Pending** |
| **In re the Marriage of Debra A. Simon and Arnold H. Simon 04 D000159** | **Marriage dissolution** | **Superior Court of the State of California For the County of Orange Lamoreaux Justice Center 341 The City Drive Orange, CA 92863** | **Pending** |
| **YSA, LLC v. DAKS, LLC 05CC08045** | **Contract** | **Superior Court of the State of California For the County of Orange 700 Civic Center Drive West Central Justice Center Santa Ana, CA 92701** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Levene Neale Bender Rankin & Brill** **10250 Constellation Boulevard** **Suite 1700** **Los Angeles, CA 90067** | **June 18, 2007** **July 2, 2007** | **$20,000** **$80,000** |

#### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■       List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
        otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

|  | TYPE OF ACCOUNT, LAST FOUR | |
| NAME AND ADDRESS OF INSTITUTION | DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |

**12. Safe deposit boxes**

None
■       List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
        immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |

**13. Setoffs**

None
■       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
        commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |

**14. Property held for another person**

None
■       List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF | |
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None
■       If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
        occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16. Spouses and Former Spouses**

None
■       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
        Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED
**Alan Yoss**                                              **Previous two years**
**Schneider, Schecter & Yoss**
**7 Penn Plaza, 8th Floor**
**New York, NY 10001**

None
☐      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                             DATES SERVICES RENDERED
**Alan Yoss**           **Schneider, Schecter & Yoss**      **Previous two years**
                        **7 Penn Plaza, 8th Floor**
                        **New York, NY 10001**

None
☐      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS
**Vincent Caputo**                                          **c/o DAKS, LLC**
                                                            **575 7th Avenue, Suite 307**
                                                            **New York, NY 10018**

None
■      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED

### 20. Inventories

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                            DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY            INVENTORY SUPERVISOR           (Specify cost, market or other basis)

None
■      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                           RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Arnold Simon**<br>**c/o DAKS, LLC**<br>**525 7th Avenue, Suite 307**<br>**New York, NY 10018** | **Managing Member** | **Membership interest**<br>**97%** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arnold Simon**<br>**525 Seventh Avenue**<br>**Suite 307**<br>**New York, NY 10018**<br>  **Managing member** | **July, 2006.**<br>**Payment by order of Court dated July 21, 2006 in In re Marriage of Simon** | **$1,000,000** |
| **Debra Simon**<br>**18 Harbor Island**<br>**Newport Beach, CA 92660**<br>  **Insider** | **July, 2006.**<br>**Payment by order of Court dated July 21, 2006 in In re Marriage of Simon** | **$2,400,000** |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date **July 31, 2007**                    Signature

**Arnold Simon**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re | Case No.: **8:07-bk-12044-ES** |
|---|---|
| **DAKS, LLC** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept................................................. $ __100,000.00 *__

    Prior to the filing of this statement I have received ................................. $ __100,000.00__

    Balance Due..................................................................................... $ ____0.00____

2.  The source of the compensation paid to me was:

    ■ Debtor     □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 31, 2007**
_____
*Date*

_____
Craig M. Rankin 169844 ; Daniel H. Reiss 150573
*Signature of Attorney*
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
*Name of Law Firm*
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234  Fax: (310) 229-1244**

\* This sum is just the pre-bankruptcy retainer. The Debtor will be liable to Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB"), and LNBRB will seek to be paid from the estate, for all post-petition fees and expenses in excess of the retainer.

Form 4
(10/05)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re    **DAKS, LLC**                                                          Case No.    **8:07-bk-12044-ES**

Debtor(s)                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **County of Orange Dept. of Treasurer & Tax Collector P.O. Box 1982 Santa Ana, CA 92702** | **County of Orange Dept. of Treasurer & Tax Collector P.O. Box 1982 Santa Ana, CA 92702 714-834-2727** | **Property Taxes** | **Unliquidated Disputed** | **173,276.00** |
| **Waldron & Olson, LLP 26 Corporate Plaza Drive Newport Beach, CA 92660** | **Sherry Bragg Waldron & Olson, LLP 26 Corporate Plaza Drive Newport Beach, CA 92660 949-760-0204** | **Legal** | | **113,099.39** |
| **County of Orange RDMD - Attn: Catherine Lapid 300 North Flower Street Santa Ana, CA 92702-4048** | **Catherine Lapid County of Orange RDMD 300 North Flower Street Santa Ana, CA 92702-4048 714-834-2300** | **Real property lease** | | **38,053.00** |
| **American International Companies Private Client Group 70 Pine Street, 21st Floor New York, NY 10270** | **American International Companies Private Client Group 70 Pine Street, 21st Floor New York, NY 10270** | **Insurance** | | **Unknown** |
| **Rocker, Cynthia c/o Peter Hermes - Hermes & Glavin 1880 Century Park East, Suite 914 Los Angeles, CA 90067** | **Rocker, Cynthia c/o Peter Hermes - Hermes & Glavin 1880 Century Park East, Ste 914 Los Angeles, CA 90067 310-882-0000** | **Various** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Simon, Debra 18 Harbor Island Newport Beach, CA 92660** | **Simon, Debra 18 Harbor Island Newport Beach, CA 92660** | **Unknown at this time.** | **Contingent Unliquidated Disputed** | **Unknown** |
| **YSA, LLC c/o Paul Gale - Ross, Dixon & Bell 5 Park Plaza, Suite 1200 Irvine, CA 92614-8592** | **YSA, LLC c/o Paul Gale - Ross, Dixon & Bell 5 Park Plaza, Suite 1200 Irvine, CA 92614-8592 949-622-2704** | **Various** | **Contingent Unliquidated Disputed** | **Unknown** |
| | | | | |

In re    **DAKS, LLC**

_____

Debtor(s)

Case No.    **8:07-bk-12044-ES**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 31, 2007**   _____    Signature   _____

**Arnold Simon**
**Managing Member**

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re   **DAKS, LLC**

Debtor

Case No.  **8:07-bk-12044-ES**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arnold Simon**<br>**525 Seventh Avenue**<br>**Suite 307**<br>**New York, NY 10018** | | | **97% membership interest** |
| **Adam Simon**<br>**c/o DAKS, LLC**<br>**525 Seventh Avenue, Suite 307**<br>**New York, NY 10018** | | | **1% membership interest** |
| **David Simon**<br>**c/o DAKS, LLC**<br>**525 Seventh Avenue, Suite 307**<br>**New York, NY 10018** | | | **1% membership interest** |
| **Scott Simon**<br>**c/o DAKS, LLC**<br>**525 Seventh Avenue, Suite 307**<br>**New York, NY 10018** | | | **1% membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 31, 2007**

Signature

**Arnold Simon**
**Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Craig M. Rankin; Daniel H. Reiss**<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax:(310) 229-1244**<br>CA State Bar Number: **169844; 150573** | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** | |
|---|---|
| In re:<br><br>   **DAKS, LLC** | CHAPTER 11<br><br>CASE NUMBER **8:07-bk-12044-ES** |
| Debtor. | (No Hearing Required) |

### VENUE DISCLOSURE FORM
### FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*: 525 Seventh Avenue, Suite 307, New York, NY 10018

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return: 525 Seventh Avenue, New York, NY 10018

3. Disclose the current business address(es) for all corporate officers: 525 Seventh Avenue, Suite 307, New York, NY 10018

4. Disclose the current business address(es) where the Debtor's books and records are located: 525 Seventh Avenue, Suite 307, New York, NY 10018

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: 18 Harbor Island, Newport Beach, CA 92660

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Arnold Simon, Managing Member

8. Total number of attached pages of supporting documentation: __1__

Case 8:07-bk-12044-RK   Doc 13   Filed 08/08/07   Entered 08/08/07 10:43:31   Desc
Main Document      Page 36 of 42
Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2

**VEN-C**

| In re | CHAPTER 11 |
| **DAKS, LLC** | |
| Debtor. | CASE NUMBER **8:07-bk-12044-ES** |

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____**July 31, 2007**____, at _**Los Angeles**_, California.

**Arnold Simon**

*Type Name of Officer*

*Signature of Declarant*

**Managing Member**

*Position or Title of Officer*

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Craig M. Rankin 169844**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone   **(310) 229-1234 Fax: (310) 229-1244**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| List all names including trade names used by Debtor(s) within last 8 years:<br>**DAKS, LLC** | Case No.: | **8:07-bk-12044-ES** |
|---|---|---|
| | Chapter: | **11** |

---

### AMENDED
### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **July 31, 2007**

**Arnold Simon/Managing Member**
Signer/Title

Date:    **July 31, 2007**

Signature of Attorney
**Craig M. Rankin 169844 ;** Daniel H. Reiss 150573
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234  Fax: (310) 229-1244**

DAKS, LLC
c/o Arnold Simon
525 Seventh Avenue
Suite 307
New York, NY 10018


Craig M. Rankin
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


American International Companies
Private Client Group
70 Pine Street, 21st Floor
New York, NY 10270


Arnold Simon
525 Seventh Avenue
Suite 307
New York, NY 10018


County of Orange
Dept. of Treasurer & Tax Collector
P.O. Box 1982
Santa Ana, CA 92702


County of Orange
RDMD - Attn: Catherine Lapid
300 North Flower Street
Santa Ana, CA 92702-4048


County of Orange
Environmental Management Agency
300 North Flower Street
Santa Ana, CA 92702-4048

Debra A. Simon
18 Harbor Island
Newport Beach, CA 92660


First Federal Bank of California
402 Wilshire Boulevard
Santa Monica, CA 90401


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


Leroy L. Carver III
Pacific Farms USA, LP
P.O. Box 51505
Eugene, OR 97405


Rocker, Cynthia
c/o Peter Hermes - Hermes & Glavin
1880 Century Park East, Suite 914
Los Angeles, CA 90067


Simon, Arnold
525 Seventh Ave., Suite 307
New York, NY 10018


Simon, Debra
18 Harbor Island
Newport Beach, CA 92660

```
Waldron & Olson, LLP
26 Corporate Plaza Drive
Newport Beach, CA 92660


YSA, LLC
c/o Paul Gale - Ross, Dixon & Bell
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592
```

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re   **DAKS, LLC**                                         Case No.   **8:07-bk-12044-ES**
                                         Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DAKS, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 31, 2007**

Date

Craig M. Rankin 169844 ; Daniel H. Reiss, 150573
Signature of Attorney or Litigant
Counsel for   **DAKS, LLC**
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234 Fax:(310) 229-1244**

**1**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

**2**

**3**    I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Boulevard, **4** Suite 1700, Los Angeles, California 90067.

**5**    On August 8, 2007, I served the foregoing document(s) described as:

**6** DEBTOR'S SUBMISSION OF: (1) EXHIBIT "A" TO PETITION; (2) CORPORATE **7** RESOLUTION; (3) SUMMARY OF SCHEDULES; (4) SCHEDULES A, B, D, E, F, G AND H; (5) DECLARATION CONCERNING DEBTOR'S SCHEDULES; (6) STATEMENT OF **8** FINANCIAL AFFAIRS; (7) DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR; (8) AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED **9** CLAIMS; (9) LIST OF EQUITY SECURITY HOLDERS; (10) VENUE DISCLOSURE FORM; **10** (11) AMENDED VERIFICATION OF CREDITOR MAILING LIST; (12) CORPORATE OWNERSHIP STATEMENT

**11** on the interested parties in this action by placing a true copy thereof enclosed in a sealed **12** envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

**13**
U.S. Trustee - Santa Ana
**14**    411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
**15**

**16**    X___    (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on August 8, 2007 at Los Angeles, California.
**17**

**18**    ___    (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of the on the attached **19**    list. Executed on August ___, 2007, at Los Angeles, California.

**20**    ___    (By Facsimile) I caused said document to be sent via facsimile to the offices of the addressees on the attached list. Executed on August ___, 2007, at Los Angeles, California.
**21**

**22**    ___    (By E-mail) I caused such envelope to be delivered via email to the addressees on the attached list. Executed on August ___, 2007, at Los Angeles, California.
**23**

**24**    ___    (By Personal service) I caused such envelope to be delivered by hand to the offices of the addressee so designated on the attached list. Executed on August ___, 2007 at Los Angeles, California.
**25**

**26**    X___    (Federal) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.
**27**

**28**                                                                 John Berwick